# Academic Allergy & Asthma Center of South Florida

**Kathryn Eisermann-Rogers, M.D.**
DIPLOMATE, AMERICAN BOARD OF ALLERGY AND IMMUNOLOGY
ALLERGY, ASTHMA AND CLINICAL IMMUNOLOGY
INFANTS, CHILDREN AND ADULTS

April 4, 2022

Patient: Jill Kutner

DOB: 06/29/1967

Re: Workplace Exposures

To Whom It May Concern/Hospital Employee Health Department:

This letter is in regards to my patient, Mrs. Jill Kutner, who has a long-standing diagnosis of a primary immune deficiency, Selective IgA Deficiency. This is a clinical primary immune deficiency. The most common problem with selective IgA Deficiency is a susceptibility to infections and their clinical course is very similar to people with Common Variable Immune Deficiency. The infections associated with this immune deficiency include chronic sinusitis, otitis media, pneumonia/bronchitis and upper respiratory tract infections, all of which she has suffered with.

Because of these infectious susceptibilities she should not be required to consult face-to-face with patients in areas of hospital that put her at high risk but rather she should consult via telephone or tele video.

These areas include the ED where patients are still being assessed and have possibility of diagnosis with transmissible infections as well as designated units such as CCU/ICU/isolation rooms for patients with airborne and droplet transmissible infectious agents.

There has been a long-standing understanding within the hospital and her department that she should avoid these exposures, as would any employee with a weakened immune system. She recently refused a demand she perform a consultation "in person" in the emergency department even though she had already completed the consultation remotely.

In summary, I am highly recommending my patient continue to avoid high-risk areas of the hospital in order to keep her safe in the workplace from potential life-threatening infections because of her primary immune deficiency. Please consider her immune deficiency as you would any other employee with a disability and accommodate her with a safe work environment. This has never been a problem in the past.

Respectfully,

Kathryn Eisermann-Rogers, M.D.

6705 Red Road    Suite 318    Coral Gables, Fl. 33143    Tel (305) 665 1623    Fax (305) 666 9176